AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Innovative Sports Management, Inc. d/b/a Integrated Sports Media, <br><br> Plaintiff(s) <br><br> v. <br><br> Yesika E. Perdomo, et al <br><br> *Defendant(s)* | Civil Action No. 8:25-cv-00228-SDM-CPT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* YESIKA E. PERDOMO, Individually, and as officer, director, shareholder, principal, manager and/or member of OPITA BURGERS & GRILL LLC,
3415 Webber St
Sarasota, FL 34239

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alan D. Danz, Esq
Danz Law, PLLC
15951 S.W. 41st Street, Suite 800
Davie, FL 33331
(954) 530-9245

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: January 29, 2025

LisaSilvia

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Innovative Sports Management, Inc. d/b/a Integrated Sports Media,<br><br>Plaintiff(s)<br>v.<br>Yesika E. Perdomo, et al<br>Defendant(s) | Civil Action No. 8:25-cv-00228-SDM-CPT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JESUS M. FINOL ALBARRAN, Individually, and as officer, director, shareholder, principal, manager and/or member of OPITA BURGERS & GRILL LLC,
1110 25th Ave W
Palmetto, FL 34221


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alan D. Danz, Esq
Danz Law, PLLC
15951 S.W. 41st Street, Suite 800
Davie, FL 33331
(954) 530-9245

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: January 29, 2025

LisaSilvia

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Innovative Sports Management, Inc. d/b/a Integrated Sports Media,

Plaintiff(s)

v().

Yesika E. Perdomo, et al

Defendant(s)

Civil Action No. 8:25-cv-00228-SDM-CPT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OPITA BURGERS & GRILL LLC,
1155 N Washington Blvd. Suite G
Sarasota, FL 34236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alan D. Danz, Esq
Danz Law, PLLC
15951 S.W. 41st Street, Suite 800
Davie, FL 33331
(954) 530-9245

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

LisaSilvia

Date: January 29, 2025

*Signature of Clerk or Deputy Clerk*